UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 07 CV 3186 |
| ROBERT D. DOTY, JR. | : |
| Defendant. | : |

## AGREED FINAL JUDGMENT AS TO
## DEFENDANT ROBERT D. DOTY, JR.

Defendant Robert D. Doty, Jr. is ordered to pay within thirty days a civil penalty of $120,000 to the Registry of this Court pursuant to Section 20(d)(2) of the Securities Act of 1933 and Section 21(d)(3) of the Securities Exchange Act of 1934. Doty is prohibited for five years following the date of entry of this Final Judgment from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act or that is required to file reports pursuant to Section 15(d) of the Exchange Act. Signed Oct 10, 2007

_____
United States District Judge